

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

MICHAEL N. MILBY
CLERK



MARY L.M. MORAN
CLERK OF COURT

POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

DATE: August 16, 2005

To: Clerk, U. S. District Court
District of Guam
4th Floor, U. S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

From: M. Lerma, Deputy Clerk

Re: Case No. CR H-05-654M

Your Case No. 04-00007

U.S.A. vs Mario O. Nepomuceno

Enclosed please find all papers pursuant to Rule 5 of the Federal Rules of Criminal Procedure:

[x] File (including minutes, orders, etc.)

[ ] Bonds (Any cash deposited in the Registry will be forwarded under separate cover)

[ ] Passports

[ ] Other: Govt's Response to Deft's Motion for Release of Property

[x] Please sign and return a copy of this form in the enclosed envelope.

Rec'd By: _____

Date: _____

cc: Finance Section (if cash deposited in the Registry)

CLOSED

# U.S. District Court
# Southern District of Texas (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:05-mj-00654-ALL
# Internal Use Only

| | |
|---|---|
| Case title: USA v. Nepomuceno | Date Filed: 08/08/2005 |

Assigned to: Magistrate Judge Nancy K. Johnson

**Defendant**

**Mario O. Nepomuceno** (1)
*TERMINATED: 08/16/2005*

represented by **Mario O. Nepomuceno**
In Custody
PRO SE

**Federal Public Defender**
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Bono*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

*[Clerk's certification stamp: "COPY I CERTIFY ... MILBY, CLERK" with signature]*

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2005 | 1 | Copy of Indictment from the District of Guam as to Mario O. Nepomuceno: , filed. (mlerma, ) (Entered: 08/15/2005) |
| 08/08/2005 | 2 | Minute Entry for proceedings held before Judge Nancy K. Johnson :INITIAL APPEARANCE as to Mario O. Nepomuceno,(Deft informed of rights) held on 8/8/2005 Appearances:M. Kusin AUSA. (ERO:Yes) (Interpreter:Yes) Deft remanded to USM , filed.(mlerma, ) (Entered: 08/15/2005) |
| 08/08/2005 | 3 | Sealed CJA 23 Financial Affidavit by Mario O. Nepomuceno , filed. (mlerma, ) (Entered: 08/15/2005) |
| 08/08/2005 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Mario O. Nepomuceno ( Signed by Judge Nancy K. Johnson ). Parties notified. (mlerma, ) (Entered: 08/15/2005) |
| 08/08/2005 | 5 | ORDER OF TEMPORARY Detention pending hearing as to Mario O. Nepomuceno; to be committed to the custody of the United States Marshal ( Signed by Judge Nancy K. Johnson ). Parties notified. (mlerma, ) (Entered: 08/16/2005) |
| 08/09/2005 | 6 | Minute Entry for proceedings held before Judge Nancy K. Johnson :Status Conference as to Mario O. Nepomuceno held on 8/9/2005 Appearances:M. Kusin AUSA. R. Wilson/Federal Public Defender.(ERO:Yes) (Interpreter:Yes) Deft remanded to USM , filed. (mlerma, ) (Entered: 08/16/2005) |
| 08/10/2005 | 7 | Minute Entry for proceedings held before Judge Nancy K. Johnson :DETENTION HEARING as to Mario O. Nepomuceno held on 8/10/2005 Appearances:M. Kusin AUSA.R. Wilson/Federal Public Defender.(ERO:Yes) (Interpreter:Yes) Deft remanded to USM , filed. (mlerma, ) (Entered: 08/16/2005) |
| 08/10/2005 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Mario O. Nepomuceno , filed. (mlerma, ) (Entered: 08/16/2005) |
| 08/10/2005 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Mario O. Nepomuceno. Defendant committed to District of Guam ( Signed by Judge Nancy K. Johnson ). Parties notified. (mlerma, ) (Entered: 08/16/2005) |
| 08/16/2005 | 10 | RULE 5 Papers sent to District of Guam, Hagatna Division as to Mario O. Nepomuceno, filed.(mlerma, ) (Entered: 08/16/2005) |
| 08/16/2005 | | ***Case Terminated as to Mario O. Nepomuceno (mlerma, ) (Entered: 08/16/2005) |

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF TEXAS
FILED
8-10-05
MICHAEL N. MILBY
BY DEPUTY

# UNITED STATES DISTRICT COURT

Southern District of Texas

| UNITED STATES OF AMERICA V. Mario O. Nepomuceno | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 04-00007 | CR-H-05-654m | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☑ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  33  U.S.C. §  1908

**DISTRICT OF OFFENSE**  District of Guam - Hagatna

**DESCRIPTION OF CHARGES:**
Failure to make entries in the Oil Record Book
False statements and Obstruction of proceedings

**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☑ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☐ No  ☑ Yes  Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant. As soon as possible.

8-10-05
Date _____ Judge _____

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _Texas_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS FILED AUG 10 2005 Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA

V.

_Mario O. Nepomuceno_
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: __H-05-654M__

CHARGING DISTRICTS
CASE NUMBER: __04-0007__

I understand that charges are pending in the _____ District of _Guam_

alleging violation of __33 USC 1908 / 18 USC 1001, 1505__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

__8-10-05__
Date

_____
Defense Counsel

# COURTROOM MINUTES:

- [ ] INITIAL APPEARANCE
- [x] IDENTITY
- [ ] BOND HEARING
- [ ] PRELIMINARY HEARING
- [x] DETENTION HEARING
- [ ] STATUS CONFERENCE
- [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 8-10 05
MICHAEL N. MILBY, Clerk

THE HONORABLE NANCY K. JOHNSON, Presiding
Deputy Clerk: Linda Gonzales
OPEN: 2:04 ADJOURN: 2:06
[x] ERO/Tape No: B. Godsby
[ ] Other District [ ] Division _____
INTERPRETER PRESENT [ ] No [x] Yes _____
Case No. _____

CRIMINAL NO. H-05-654M DEFT No. _____ USDJ _____

UNITED STATES OF AMERICA
vs
Mario O. Nepomuceno

M. Rusin, AUSA
R. Wilson

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [ ] Date of arrest: _____ or [ ] RULE 5
- [x] Deft first appearance. Deft advised of rights/charges [ ] Probation violator
- [ ] Deft [ ] MW appeared [x] with [ ] without counsel.
- [ ] Requests appointed counsel. FINANCIAL AFFIDAVIT executed.
- [ ] Order appointing Federal Public Defender.
- [ ] Private Counsel appointed. _____
- [ ] Deft advises he will retain counsel. He retained _____
- [ ] Bond set $ _____ [ ] Cash [ ] Surety [ ] 10% [ ] PR for [ ] Unsecured
- [ ] Surety signatures required _____, _____.
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] ORDER OF DETENTION PENDING TRIAL entered.
- [ ] Deft advised of conditions of release.
- [x] BOND EXECUTED, [ ] BOND CONTINUED ( [ ] State Authorities, [ ] INS )
- [x] Deft [ ] MW REMANDED to CUSTODY.
- [x] Deft ORDERED REMOVED to Originating District.
- [ ] WAIVER of [ ] Preliminary WAIVER of [ ] Detention [x] Waiver of Rule 5 Hearings (out of District)
- [ ] Court finds PROBABLE CAUSE [ ] ID [ ] PC.

- [ ] Arraignment set _____
- [ ] Preliminary set _____
- [ ] Counsel Determination Hearing set _____
- [ ] Identity/Removal Hearing set _____
- [ ] Detention Hearing set _____
- [ ] Bond Hearing set _____
- [ ] Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.

OTHER PROCEEDINGS/COMMENTS:
_____

TRUE COPY I CERTIFY
MICHAEL N. MILBY
BY _____

# COURTROOM MINUTES:

- [ ] INITIAL APPEARANCE
- [ ] IDENTITY
- [ ] BOND HEARING
- [x] PRELIMINARY HEARING
- [ ] DETENTION HEARING
- [x] STATUS CONFERENCE
- [ ] COUNSEL DETERMINATION HEARING
- [x] HEARING CONTINUED ON 8-10-05 @ 2:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
8-9-05
MICHAEL N. MILBY, Clerk

THE HONORABLE NANCY K. JOHNSON, Presiding
Deputy Clerk: Linda Gonzales
AERO/Tape No: J. Schon/

OPEN: 2:05 ADJOURN: 2:07
2:45 - 2:50

☐ Other District ☐ Division _____
INTERPRETER PRESENT ☐ No [x] Yes _____
Case No. _____

CRIMINAL NO. H-05-654M DEFT No. _____ USDJ _____

UNITED STATES OF AMERICA
vs
Mario O. Nepomuceno

M. Kusin, AUSA
R. Wilson [F]

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [ ] Date of arrest: _____ or ☐ RULE 5
- [x] Deft first appearance. Deft advised of rights/charges ☐ Probation violator
  ☐ Deft ☐ MW appeared [x] with ☐ without counsel.
- [ ] Requests appointed counsel. FINANCIAL AFFIDAVIT executed.
- [ ] Order appointing Federal Public Defender.
- [ ] Private Counsel appointed. _____
- [ ] Deft advises he will retain counsel. He retained _____
- [ ] Bond ☐ set $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Unsecured
- [ ] Surety signatures required _____
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] ORDER OF DETENTION PENDING TRIAL entered.
- [x] Deft advised of conditions of release.
- [x] BOND EXECUTED, ☐ BOND CONTINUED (☐ State Authorities, ☐ INS)
  [x] Deft ☐ MW REMANDED to CUSTODY.
- [ ] Deft ORDERED REMOVED to Originating District.
- [ ] WAIVER of ☐ Preliminary WAIVER of ☐ Detention ☐ Waiver of Rule 5 Hearings (out of District)
- [ ] Court finds PROBABLE CAUSE ☐ ID ☐ PC.

- [ ] Arraignment set _____
- [ ] Preliminary set _____
- [ ] Counsel Determination Hearing set _____
- [ ] Identity/Removal Hearing set _____
- [ ] Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
- [ ] Detention Hearing set _____
- [ ] Bond Hearing set _____

OTHER PROCEEDINGS/COMMENTS:

Case 1:04-cr-00007    Document 2    Filed 08/22/2005    Page 7 of 10

AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_Southern_ District of _Texas_

UNITED STATES OF AMERICA

V.

Mario O. Nepomuceno
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: H-05-654M

Upon motion of the _Government_, it is ORDERED that a detention hearing is set for _8-9-05_ * at _2:00_
                                                    Date                                    Time

before           JUDGE NANCY K. JOHNSON
                *Name of Judicial Officer*

               Houston, Texas
               *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

(_____) and produced for the hearing.
     *Other Custodial Official*

Date: _____         _/s/_
                                                                      *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 08 2005

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA, §
§
Plaintiff, §
§
versus §  CRIMINAL CASE H- 05.654m
§
Mario O. Nepomuceno §
§
Defendant. §

## Order Appointing Counsel

Because the defendant has satisfied this court that he cannot afford to employ counsel, the court appoints the Federal Public Defender to represent him.

Signed _____, at Houston, Texas.

_____
Nancy K. Johnson
United States Magistrate Judge

By Order of the Court

*Emilia Gonzales*
Deputy Clerk

8-8-05
Date

TRUE COPY I CERTIFY
ATTEST:

# COURTROOM MINUTES:

- [✓] INITIAL APPEARANCE
- [ ] IDENTITY
- [ ] BOND HEARING
- [✓] PRELIMINARY HEARING
- [ ] DETENTION HEARING
- [✓] STATUS CONFERENCE 8-9-05 @ 2:00
- [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 8-8-05
MICHAEL N. MILBY, Clerk

THE HONORABLE NANCY K. JOHNSON, Presiding
Deputy Clerk: Linda Gonzales
ERO/Tape No: D. Clark
INTERPRETER PRESENT [ ] No [✓] Yes

OPEN: 2:50  ADJOURN: 3:25
[✓] Other District [ ] Division  District of Guam
Case No 04-00007

CRIMINAL NO. H-05-654M  DEFT No. _____ USDJ _____

UNITED STATES OF AMERICA
vs
Mario O. Nepomuceno

M. Kuoin, AUSA

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [ ] Date of arrest: _____ or [✓] RULE 5
- [✓] Deft first appearance. Deft advised of rights/charges [ ] Probation violator
- [ ] Deft [ ] MW appeared [ ] with [ ] without counsel.
- [✓] Requests appointed counsel. FINANCIAL AFFIDAVIT executed.
- [✓] Order appointing Federal Public Defender.
- [ ] Private Counsel appointed. _____
- [ ] Deft advises he will retain counsel. He retained _____
  Bond [ ] set $_____ [ ] Cash [ ] Surety [ ] 10% [ ] PR for [ ] Unsecured
- [ ] Surety signatures required _____, _____.
- [✓] No bond set at this time, 10 day DETENTION ORDER entered.
- [✓] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] ORDER OF DETENTION PENDING TRIAL entered.
- [ ] Deft advised of conditions of release.
- [ ] BOND EXECUTED, [ ] BOND CONTINUED ( [ ] State Authorities, [ ] INS )
- [ ] Deft [ ] MW REMANDED to CUSTODY.
- [ ] Deft ORDERED REMOVED to Originating District.
- [ ] WAIVER of [ ] Preliminary WAIVER of [ ] Detention [ ] Waiver of Rule 5 Hearings (out of District)
- [ ] Court finds PROBABLE CAUSE [ ] ID [ ] PC.
- [ ] Arraignment set _____  [✓] Detention Hearing set 8-9-05 @ 2:00
- [ ] Preliminary set _____  [ ] Bond Hearing set _____
- [ ] Counsel Determination Hearing set _____
- [✓] Identity/Removal Hearing set 8-9-05 @ 2:00 (Status Conf).
- [ ] Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.

OTHER PROCEEDINGS/COMMENTS:

Reimburse $60.00 monthly while case is pending