≋AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

**FILED**
**DISTRICT COURT OF GUAM**
**SEP - 6 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

UNITED STATES OF AMERICA

V.

**MARIO O. NEPOMUCENO**

**WARRANT FOR ARREST**

Case CR-04-00007-003

*U.S. MARSHALS-GUAM RECEIVED -4 FEB 2004*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____ **MARIO O. NEPOMUCENO** _____
                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**X** Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation  ☐ Probation Violation Petition

charging him or her     (brief description of offense)

**COUNT I - FAILURE TO MAKE ENTRIES IN THE OIL RECORD BOOK [33 U.S.C. §1908]**

**COUNT II - FALSE STATEMENTS [18 U.S.C. §1001]**

**COUNT III - OBSTRUCTION OF PROCEEDINGS [18 U.S.C. §1505]**

in violation of _____ United States Code, Section(s) _____

| | |
|---|---|
| **LEILANI R. TOVES HERNANDEZ** | **DEPUTY CLERK** |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | **FEBRUARY 4, 2004 ; HAGATNA, GUAM** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ **NO BAIL** _____ by _____ **HONORABLE JOHN S. UNPINGCO** _____
                                                                 Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Houston, Texas

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08/08/05 | S/A USCG L. Johnson | for *[signature]* |

**ORIGINAL**

Case 1:04-cr-00007   Document 3   Filed 09/06/2005   Page 1 of 1