IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
SEP - 6 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 04-00007                    DATE: 09/06/2005

**HON. S. JAMES OTERO, Designated Judge, Presiding**       Law Clerk: NONE PRESENT
Court Recorder: Wanda M. Miles                             Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:02:30 - 2:21:00        CSO: B. Pereda

* * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: MARIO O. NEPOMUCENO**                              **ATTY : KIM SAVO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.           ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                               AGENT:

U.S. PROBATION: ROBERT CARREON                             U.S. MARSHAL: W. GRAY

INTERPRETER: PRIMO CABURIAN, Previously sworn              LANGUAGE: TAGALOG

**PROCEEDINGS:   INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: FEDERAL PUBLIC DEFENDER, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 46     HIGH SCHOOL COMPLETED: _____
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: THE CHARGES CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____   PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: NOVEMBER 1, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**Pursuant to the pretrial report received by Probation the Court ordered that the Defendant be detained.
Defense counsel requested a further hearing to investigate the possibility of a third party custodian. The
Court set a hearing on Defendant's bail and detention for September 9, 2005 at 8:30 A.M.**