FILED
DISTRICT COURT OF GUAM
SEP - 6 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**JAVIER P. GOCOTANO, et al.,**<br><br>Defendants. | CRIMINAL CASE NO. 04-00007<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **MARIO O. NEPOMUCENO** in the above-entitled case.

Dated this 6th day of September, 2005.

_____
S. JAMES OTERO, Designated Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL