# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

        Plaintiff,

    vs.

Mario O. Nepomuceno,

        Defendant.

Case No. 1:04-cr-00007

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Order, filed September 6, 2005 and Trial Order, filed September 6, 2005*** on the dates indicated below:

*U.S. Attorney's Office*
*September 7, 2005*

*Federal Public Defender*
*September 7, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Order, filed September 6, 2005 and Trial Order, filed September 6, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 7, 2005

/s/Leilani R. Toves Hernandez
    Deputy Clerk