```
                    IN THE DISTRICT COURT OF GUAM                FILED
                          TERRITORY OF GUAM
                          CRIMINAL MINUTES              DISTRICT COURT OF GUAM
                                                            OCT 17 2005

                                                           MARY L.M. MORAN
CASE NO. 04-00007-003          DATE: 10/17/2005            CLERK OF COURT
```

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge   Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles                       Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:04:53 - 11:29:40  CSO: L. Ogo

* * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: MARIO O. NEPOMUCENO**                        **ATTY: KIM SAVO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                         AGENT:

U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON             U.S. MARSHAL: V. ROMAN

**PROCEEDINGS:   CHANGE OF PLEA**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: 46   HIGH SCHOOL COMPLETED: ENGINEERING
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
(   ) GOV'T SUMMARIZES THE EVIDENCE     (   ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(   ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: COUNT III OF THE INDICTMENT
(   ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: OCTOBER 12, 2005   PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
(   ) COURT ORDERS PLEA AGREEMENT *SEALED*
(   ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: FEBRUARY 6, 2006  at  9:30 A.M.   ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE DUE TO PARTIES: DECEMBER 12, 2005   LODGE WITH COURT: JANUARY 20, 2006

PROCEEDINGS CONTINUED TO: _____ at _____
(   ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
(   ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
(   ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Defendant consented to enter his guilty plea before a U.S. Magistrate Judge. The Court executed the Report and Recommendation Concerning Plea of Guilty. Pen and ink changes made to the plea agreement: 1) Page 1, line 21, change "Counts I and II" to read "Counts I, II and VII" 2) Page 4, paragraph 4, line 16 to 17, delete the phrase "Failure to Make entries in an Oil Record Book, pursuant to 33 U.S.C. § 1908(a)" and substitute with the phrase "False Statements, pursuant to 18 U.S.C. § 1001" and 3) Page 5, between line 22 and 23, substitute the word "required" for the words "the requirement".

Defense counsel requested for an expedited sentencing date. Probation requested that sentencing be set according to procedure. The Court instructed probation to notify defense counsel if the presentence report can be completed sooner than ordered so that counsel may request an earlier sentencing date.