IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00007 |
| Plaintiff, ) | |
| ) | **ORDER ACCEPTING PLEA OF GUILTY** |
| vs. ) | **AND ADJUDICATING GUILT, AND** |
| ) | **NOTICE OF SENTENCING** |
| MARIO O. NEPOMUCENO, ) | |
| Defendant. ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count III of an Indictment charging him with False Statements, in violation of 18 U.S.C. § 1001, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on February 6, 2006 at 9:30 a.m.

IT IS SO ORDERED.

DATED this ___7___ day of November 2005.

ORIGINAL

_____
ROBERT CLIVE JONES[1]
District Judge

[1] The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.