JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
MARIO O. NEPOMUCENO

FILED
DISTRICT COURT OF GUAM

DEC - 9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 04-00007-003 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXPEDITE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| MARIO O. NEPOMUCENO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO EXPEDITE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the Sentencing Hearing currently set for,February 12,2006, be expedited and held during the

week of December 13,2005 at a date and time convenient to the court.

The parties request this new, expedited Sentencing Hearing date as the Presentence

Investigation Report has been prepared and the parties are ready to proceed with sentencing. There


ORIGINAL

will be a joint recommendation of a sentence of time served.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 9, 2005.

ALEXANDER A. MODABER
Attorney for Defendant
MARIO O. NEPOMUCENO

KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

STEPHEN GUILLIOT
UNITED STATES PROBATION OFFICER

2