JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXNADER A. MODABER
Assistant Federal Publid Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MARIO O. NEPOMUCENO

**FILED**
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00007-03 |
| | ) | |
| Plaintiff, | ) | ORDER re STIPULATION TO EXPEDITE |
| | ) | SENTENCING HEARING DATE |
| vs. | ) | |
| | ) | |
| MARIO O. NEPOMUCENO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY APPROVED AND SO ORDERED that the Sentencing Hearing be set for December 14, 2005, at 9:00 a.m.

DATED: Hagatna, Guam, December 12, 2005.

D. LOWELL JENSEN, Designated
U.S. DISTRICT COURT JUDGE