PROB 34
(3/07)

**Report and Order Terminating Supervised Release**

# United States District Court

FOR THE

District of Guam

| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 04-00007-003 |

v.

MARIO O. NEPOMUCENO

    It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **December 13, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                                      Respectfully submitted,
                                      ROSSANNA VILLAGOMEZ-AGUON
                              Chief U.S. Probation Officer

                      By:      /s/ GRACE D. FLORES
                              U.S. Probation Officer

Reviewed by:
      /s/ ROSSANNA VILLAGOMEZ-AGUON
      Chief U.S. Probation Officer

cc:    Karon V. Johnson, AUSA
       Federal Public Defender
       File

## *Order of Court*

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



                              **/s/ Frances M. Tydingco-Gatewood**
                                       **Chief Judge**
                                    **Dated: Jan 02, 2008**