**Nepomuceno_M.rem**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-1059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00007 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | PETITION TO REMIT SPECIAL |
| ) | ASSESSMENT FEE |
| MARIO O. NEPOMUCENO, ) | [18 U.S.C. § 3573] |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant MARIO O. NEPOMUCENO and in support hereof, states as follows:

1. On December 14, 2005, sentence was imposed by this Court against Defendant MARIO O. NEPOMUCENO. Among other things, a $100.00 special assessment fee was ordered. The total amount now owed by said Defendant towards the special assessment fee is $100.00.

2. Upon information received from the U.S. Probation Office, defendant MARIO O. NEPOMUCENO was deported to the Republic of the Philippines on October 16, 2006.

3 No valid address is available for defendant.

//

1       4.     Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

5.     The United States Attorney has determined that in light of Defendant's unknown whereabouts, there is no reasonable likelihood that expending further efforts to collect the special assessment fee will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

6.     The interests of justice mitigate in favor of remission of the unpaid special assessment fee.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee imposed upon Defendant MARIO O. NEPOMUCENO.

DATED this 18th day of March, 2008.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and NMI

By:    /s/ Mikel W. Schwab
         MIKEL W. SCHWAB
         Assistant U.S. Attorney
         mikel.schwab@usdoj.gov
         JESSICA F. CRUZ
         Assistant U.S. Attorney
         Jessica.F.Cruz@usdoj.gov